B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Florida, Ft. Myers Division

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Suncoast Aluminum Furniture, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**59-2257232** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**6291 Thomas Road**<br>**Fort Myers, FL**<br>ZIP Code **33912** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Lee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **Suncoast Aluminum Furniture, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)      (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Suncoast Aluminum Furniture, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Stephen R. Leslie, Bar No. 000349**
Printed Name of Attorney for Debtor(s)

**Stichter, Riedel, Blain & Prosser, P.A.**
Firm Name

**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Address

**(813) 229-0144  Fax: (813) 229-1811**
Telephone Number

**December 3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**Rajiv P. Varshney**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 3, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

A&E American & Efird, Inc.
22 American Street
Mt. Holly, NC 28120

A.T. Mold Maker Corp
2451 N.W. 77th Terrace
Miami, FL 33147

AAA Cooper Transportation
P.O. Box 6827
Dothen, AL 36302

Action Bolt & Tool Co., Inc.
2051 Blue Heron Blvd West
Riviera Beach, FL 33404

Airgas Safety
Airgas Safety
128 Wharton Road
Bristol, PA 19007-1693

Airgas South
3550 Veronica S Shoemaker Blvd
Ft Myers, FL 33916

Alliance Plastics Finishing Pr
10024 Romandel Ave
Santa Fe Springs, CA 90670

American Express
P.O. Box 297885
Ft. Lauderdale, FL 33329-7885

Aqua Systems
6870 Daniels Parkway
Ft Myers, FL 33912

Bank of America, N.A.
9000 Southside Blvd
3rd Floor
Jacksonville, FL 32256

Benton Express, Inc.
1045 S. River Ind Blvd., S.E.
Atlanta, GA 30321

Busey Bank
Attn: Chris Shoyer, President
13701 Cypress Terrace
Suite 601
Fort Myers, FL 33907

Busey Bank
7890 Summerlin Lakes Drive
Fort Myers, FL 33907-1816

Busey Bank
201 West Main Street
Urbana, IL 61801

Caribbean Fiberglass Products
2385 NW 149th St
Miami.FL 33054

Carlson Marketing Group
58 Shoreline Dr
Foxborough, MA 02035

Ch Robinson Worlwide Inc
3350 Sw 148th Ave
Miramar, FL 33027

Craig Adams
18727 Spruce Drive,East
Fort Myers, FL 33967-3420

Creative Marketing
22160 Grover St
Abita Springs, LA 70420

CSA Marketing
9058 Cairn Ridge Drive
Germantown, TN 381119

D. Neal Hopper Jr
6137 Windy Knoll Lane
Charlotte, NC 28227

Daystar Communications
Po Box 22045
Tampa, FL 33622

Dickinson Contract
90 Apple Hill Rd
Cincinnati, OH 45230

Digilube Systems, Inc.
216 East Mill Street
Springsboro, OH 45066

Eastern Metal Supply, Inc
3600 - 23rd Avenue South
Lake Worth, FL 33461

Eastman Worldwide, Inc.
Eastman Machine Company
779 Washington Street
Buffalo, NY 14203-1396

Echo Supply
5406 W. 78th Street
Indianapolis, IN 46268

Expeditors Int'l / Mia
10205 NW 19th St., #107-114
Miami, FL 33172

Federal Express
Po Box 660481
Dallas, TX 75266-0481

Fedex Freight
P O Box 406708
Atlanta GA

First Insurance Funding Corp
450 Skokie Blvd
Ste 1000
P.O. Box 3306
Northbrook, IL 60065-3306

Florida Power & Light Company
P.O. Box 025576
Miami, FL 33102

Florida Time Clock, Inc
10387 Gandy Blvd N. #102d
St Petersburg, FL 33702

Furnituretoday/Publishingserv
P.O. Box 602151
Charlotte, NC 28260-2151

Garden St. Paper Products
2998 South Street
Ft Myers, FL 33916

Geckler & Associates
2454 W Webster Dr
Anthem, AZ 85086

Grainger
12431 Metro Parkway
Fort Myers, FL 33912-1316

Griffith Sales
10277 Hastings Pl
Harrisburg, NC 28074

Hahn Associates
1504 Westover Rd.
Yardley, NJ 19067

Chad Harper
12242 Championship Circle
Fort Myers, FL 33913

Hd Expo 2011/Nielsen Expositio
Po Box 88938
Chicago, IL 60695

Howard Lipstein
20 Agawam Dr
Wayne, NJ 07470

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Joe Long -1099
40 Birch Ave.
Richbora, PA 18954

John A. Koons Locksmiths
3635 Fowler St.
Ft. Myers, FL 33901

Kirby Casual Products, Inc
1512 18th Avenue Drive East
Palmetto, FL 34220

Kunkle Miller & Hament
2350 North Orange Avenue #200
Sarasota, FL 34236

Laser Label Technologies
1485 Corporate Woods Parkway
Uniontown, OH 44685-7816

Laura G. Barrow
P.O Box 215
Estero, FL 33928

Lee County Tax Collector
P.O. Box 1609
Fort Myers, FL 33902

Lee County Tax Collector
P.O. Box 1609
Fort Myers, FL 33902-1590

Lee County Utilities
7391 College Parkway
Ft Myers, FL 33907

Len Trujillo

Lonehill Systems, Inc.
7616 Southland Blvd., Suite 107
Orlando, FL 32809

Marco Office Supply & Printing
11222 E. Tamiami Trail
Naples, FL 34113

Markham Norton Mosteller
Wright & Company
8961 Conference Dr., Ste. 1
Ft Myers, FL 33919

Steve D May
1324 Seven Spgs Blvd
Suite 303
Trinity, FL 34655

Mcmaster-Carr Supply Company
6100 Fulton Industrial Blvd.
Atlanta, GA 30336-2852

Melco
13200 40th Street North
Clearwater, FL 33762

Meltpoint Plastics
7570 NW 79th Street
Medley, FL 33166

Merchandise Mart LLC
Merchandise Mart Llc
1728 Payspere Circle
Chicago, IL 60674

MI Metals
P.O. Box 1128
301 Commerce Blvd
Oldsmar, FL 34677

Michael Shupp
Kisco Enterprises Llc
81 WHITE OAK RIDGE ROAD
Lincroft, NJ 07738

Miller Bearings, Inc.
17 S. Westmoreland Drive
Orlando, FL 32805-1885

Morgan & Morgan


MSC Industrial Supply Co. Inc.
75 Maxess Rd
Melville, NY 11747

Nacm/Chicago-Midwest
3005 Tollview Drive
Rolling Meadows, IL 60008

New Edge Interiors
1102 Cypress Gardens Blvd Suite B
Winter Haven, FL 33884

Northern Safety Company, Inc.
P.O. Box 4250
Utica, NY 13504-4250

P.G.A. Marketing
43b Birch St
Suite A
Derry, NH 03038

Palm Labs Adhesices, Inc.
10 Office Way
Suite 104
HILton Head, S.C.

Patio Products, Inc.
4201 North Dixie Highway
Boca Raton, FL 33431

Phifer Wire Products, Inc.
4400 Kauloosa Avenue
Tuscaloosa, AL

Pillows And Fiber
605 West 17 Street
Hialeah, FL 33010

Pitney Bowes Purchase Power
P.O. Box 5135
Shelton, CT 06484-7135

Plasticraft Manufacturing Co.
115 Plasticraft Drive
Albertville, AL 35951

Prakash C. Varshney


Preshers Tool & Fastener
910 Se 14th Place
Cape Coral, FL 33990

R+L Truckload Services
7290 College Parkway
Suite 200
Fort Myers, FL 33907

Raj Varshney

Rajiv Varshney

Rebecca S. Sturdivant French
4575 Windsor Park
Sarasota, FL 34235

Reed Transport Services, Inc.
P.O. Box 2527
Brandon, FL 33509

Reliatex, Inc.
6004 Bonacker Drive
Tampa, FL 33610

Robert Pluer
1480 Mackintosh
Nokomis, FL 34275

Sabic Polymershapes
12707 49th Street North
Clear Water, FL 33762

Sapa Extruder, Inc/
2905 Old Oakwood Rd
Gainesville, GA 30504

SCFMA
317 West High Avenue
10th Floor
High Point, NC 27260

Scott C Reitz
21 Highmeadows Circle
Powell, OH 43065

Southern Logistics Group
P.O. Box 1620
Ocean Springs, MS 39566

Superior Sample Co.
520 Gerber St.
Ligonier, IN 46767

Swavelle Mill Creek
15 East 26th St.
New York, NY 10010

Tampa Bay Steel
6901 East 6th Ave
Tampa, FL

Tci Powder Coatings
4036 Dickson Drive
Ellaville, GA 31806

Texoma Marketing Inc.
11029 Shady Trail, Suite 118
Dallas, TX 75229

The Marlowe Company
16352 Lauder Lane
Dallas, TX 75248

Tiger Drylac Usa, Inc.
3400 Townpoint Dr.
Suite 130
Kennesaw, GA

Timbar Packaging
1450 Massaro Blvd.
Tampa, FL 33619

Twitchell
4031 Rossclark Circle
NW Dothan, AL 36303

Uline
2200 S. Lakeside Drive
Waukegan, IL 60085

United Healthcare
Dept Ch 10151
PAlantINe, IL 60055-0151

United Sewing Machine Sales
P.O. Box 3055
Hickory, N. 28603

US Bank
P.O. Box 790408
St. Louis, MO 63179-0408

Vinylex Corporation
1420 Vinylex Dr
Carrollton, TX 75006-3872

Wanner & Sons Sales
P.O. Box 366
Dumont, IA 50625

Waste Pro - Fort Myers
P.O. Box 60717
Ft. Myers, FL 33906

Waverly/F. Schumacher & Co
P/K Lifestyles
Div of P/Kaufmann-Waverly Fabrics
3 Park Avenue
New York, NY 10016

Wells And Company
2748 S Cobb Ind Blvd
Smyrna, GA 30082

Xin Jiu
Usd Currency


YRC Worldwide
2635 Rockfill Road
Fort Myers, FL 33916